**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**

AUG - 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Tom Julien Tomaszewski,

    Defendant.

_____/

No. 5:12-mj-70861-HRL

**ORDER RELEASING DEFENDANT**

    The Court ~~being~~ is satisfied that this matter was previously adjudicated by the Central District in case number CR09-00741-RGK.   This defendant Tom Julien Tomaszewski is hereby released forthwith.

Dated:  August 1, 2012

_____
Magistrate Judge Howard R. Lloyd